# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO SORIANO, | ) | No. SA CV 08-694-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| BEN CURRY, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 13, 2009

/S/ S. James Otero
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE